# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-60155
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 25, 2019

Lyle W. Cayce
Clerk

KEITH LA-DALE PORTER,

Plaintiff-Appellant

v.

COMMISSIONER MARSHALL FISHER, in his individual and official capacity; WARDEN BRIAN LADNER, in his individual and official capacity,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-164

Before BENAVIDES, OWEN, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

Keith La-Dale Porter, Mississippi prisoner # 392940, appeals the dismissal of his 42 U.S.C. § 1983 lawsuit regarding prison conditions against Mississippi Department of Corrections (MDOC) officials Marshall Fisher and Brian Ladner. However, apart from conclusory assertions, Porter fails to brief any argument that the magistrate judge erred in dismissing his claims. *See*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60155

*Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *see also Grant v. Cuellar*, 59 F.3d 523, 524 (5th Cir. 1995).  Accordingly, the judgment is AFFIRMED.